IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3034 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER D. LANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to restrict, filing no. 22, is granted and filing no. 23 shall remain filed as a restricted document.

DATED this 5th day of June, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge