IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3034 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER LANG, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

In Judge Piester's absence,

IT IS ORDERED that the pretrial services officer shall investigate and advise me and counsel for the parties in a written report whether the defendant may be released as proposed in the motion to review detention. (Filing 23.) After that, I will make a ruling. The Clerk shall provide the pretrial services office with a copy of this order.

DATED this 12th day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge