IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3034 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER LANG, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Pretrial Services Office has advised me and counsel for both parties that it opposes release. After reconsidering this matter,

IT IS ORDERED that the motion to review detention (filing 23) is denied.

DATED this 24th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge