UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3034 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| CHRISTOPHER LANG, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 9th day of July, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 7, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) based upon the Defendant's plea of guilty to Counts I and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Jennings semi-automatic handgun serial number: 241484, a Raven .25 caliber semi-automatic, serial-number 606824 and a Winchester .410 gauge shotgun, serial number M750253V rifle was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.49).

3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to a Jennings semi-automatic handgun serial number: 241484, a Raven .25 caliber semi-automatic, serial-number 606824 and a Winchester .410 gauge shotgun, serial number M750253V held by any person or entity, is hereby forever barred and foreclosed.

C. The following properties: a Jennings semi-automatic handgun serial number: 241484, a Raven .25 caliber semi-automatic, serial-number 606824 and a Winchester .410 gauge shotgun, serial number M750253V, be, and the same hereby is, forfeited to the United States of America .

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said properties accordance with law.

Dated July 9, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge