UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3034 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| CHRISTOPHER LANG, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 3rd day of August, 2010, this matter comes on before the Court upon the United States' oral motion to strike Filing No. 54. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On August 7, 2009, this Court entered a Preliminary Order of Forfeiture (Filing No. 38) pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) based upon the Defendant's plea of guilty to Counts I and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $476.00, a Jennings .25 caliber semi-automatic handgun, a Raven .25 caliber semi-automatic handgun, and a Brown Remington 1100 series shotgun was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on January 23, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.49).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Oral Motion to Strike Filing No. 54 should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's oral motion to strike Filing No. 54 is hereby sustained. Filing No. 54 is stricken.

B. All right, title and interest in and to $476.00, a Jennings .25 caliber semi-automatic handgun, a Raven .25 caliber semi-automatic handgun, and a Brown Remington 1100 series shotgun held by any person or entity, is hereby forever barred and foreclosed.

C. The following properties: $476.00, a Jennings .25 caliber semi-automatic handgun, a Raven .25 caliber semi-automatic handgun, and a Brown Remington 1100 series shotgun are hereby forfeited to the United States of America .

D. The U. S. Marshals Service for the District of Nebraska is directed to dispose of said properties accordance with law.

DATED this 3rd day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge